RECEIVED
IN LAKE CHARLES, LA
DEC 0 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EDDIE JOSEPH RICHARD DOC#87240 | CIVIL ACTION NO. 06-851-LC |
| VS. | SECTION "P" |
| GOVERNOR KATHLEEN BLANCO, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE,** *sua sponte*, under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the ___ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE